IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MURPHY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED FINANCIAL CASUALTY COMPANY | : | NO. 15-4199 |
| | : | |

ORDER

AND NOW, this 18th day of April, 2016, upon consideration of defendant United Financial Casualty Company's motion for summary judgment (docket entry #21), plaintiff's motion to compel (docket entry #30), plaintiff's motion for leave to file a sur-reply (docket entry #32), and United's motion to strike (docket entry #33), and for the reasons set forth in our accompanying Memorandum, it is hereby ORDERED that:

1. United's motion for summary judgment (docket entry #21) is GRANTED;

2. Plaintiff's motion to compel is DENIED;

3. Plaintiff's motion for leave to file a sur-reply is GRANTED;

4. United's motion to strike is GRANTED, and the Clerk of Court shall STRIKE from the docket Exhibits C, D, E, G, K, and L attached to Murphy's sur-reply; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.